# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DE LAVEAGA SERVICE CENTER, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. 21-cv-03389-BLF<br><br>**ORDER TERMINATING MOTION TO DISMISS AS MOOT; AND VACATING HEARING**<br><br>[Re: ECF 14] |

The Motion to Dismiss filed by Defendants AAMCO Insurance Company and Nationwide Insurance Company and set for hearing on October 28, 2021 is hereby TERMINATED AS MOOT in light of the filing of the first amended complaint. *See* Fed. R. Civ. P. 15(a)(1)(B). The hearing is VACATED.

**IT IS SO ORDERED.**

Dated: June 3, 2021

_____
BETH LABSON FREEMAN
United States District Judge