# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DE LAVEAGA SERVICE CENTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONWIDE INSURANCE COMPANY, et al., <br><br> Defendants. | Case No. 21-cv-03389-BLF <br><br> **ORDER TO SHOW CAUSE** |

As discussed at today's case management conference, Defendant Stephen Rothhammer remains unserved in this action.  Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing and **on or before October 8, 2021**, why Stephen Rothhammer should not be dismissed for failure to effect service of process within the time provided under Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED.**

Dated: September 9, 2021

_____
BETH LABSON FREEMAN
United States District Judge